UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUQMAN ABDURRAHMAN,
formerly known as TYRONE REID,

                Petitioner,

v.                                    CASE NO. 2:82-cv-71077
                                           HONORABLE DENISE PAGE HOOD

WASHTENAW COUNTY CIRCUIT COURT
and FRANK KELLEY,

                Respondents.
_____/

## ORDER DENYING PETITIONER'S MOTION TO EXPOSE NEGLECT

This matter is pending before the Court on Petitioner's "Motion to Expose the Neglect of the United States Court Administrative Office in the Neglect of the Court Clerk['s] Office to Process Notice of Appeal to Terminate the Fraud of Patricia J. Boyle." Petitioner states that he is trying to expose his illegal confinement. He appears to be alleging that the Clerk of Court refused to process his notice of appeal and that former United States District Judge Patricia Boyle engaged in fraudulent conduct.

Judge Boyle was assigned to this case when it was opened in 1982. She summarily dismissed Petitioner's application for the writ of habeas corpus on May 13, 1982, and denied reconsideration on January 27, 1983. No further activity occurred in this case until 1999, when the United States Court of Appeals for the Sixth Circuit denied as unnecessary Petitioner's motion for an order authorizing the District Court to consider a second or successive habeas petition. *See In re Abdur-Rahman,* No. 99-1199 (6th Cir. Sept. 3, 1999).

The next entry on the docket is Petitioner's notice of appeal, which was filed on May 18,

2006.  On August 2, 2006, the Sixth Circuit dismissed the appeal as untimely.  *See Reid v. Washtenaw County*, No. 06-1877 (6th Cir. Aug. 2, 2006).

There is no support in the record for Petitioner's allegation that the Clerk of Court refused to process Petitioner's appeal.  Nor has Petitioner demonstrated that Judge Boyle engaged in fraudulent conduct when this case was assigned to her.  Accordingly, the "Motion to Expose Neglect" [Doc. 4, June 8, 2006] is DENIED.

        S/ DENISE PAGE HOOD
        DENISE PAGE HOOD
        UNITED STATES DISTRICT JUDGE

Dated: March 12, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 12, 2007, by electronic and/or ordinary mail.

        S/William F. Lewis
        Case Manager