UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TYRONE REID, also known as
LUQMAN ABDURRAHMAN,**

      Petitioner,

                             CASE NO. 82-71077
v.                             HONORABLE DENISE PAGE HOOD

**WASHTENAW COUNTY CIRCUIT
COURT and FRANK KELLEY,**

      Respondents.
_____/

## ORDER DENYING VARIOUS MOTIONS
### and
### FINDING ANY APPEAL FRIVOLOUS

This matter comes before the Court on various motions filed by Petitioner. On May 13, 1982, United States District Judge Patricia Boyle summarily dismissed Petitioner's Petition for a Writ of Habeas Corpus. Petitioner filed a Notice of Appeal on May 18, 2006. On August 2, 2006, the Sixth Circuit Court of Appeals dismissed Petitioner's appeal as untimely. *See Reid v. Washtenaw County*, No. 06-1877 (6th Cir. Aug. 2, 2006). Since the Sixth Circuit's ruling, Petitioner has filed various motions, letters, exhibits and documents before this Court. The ongoing claims in Petitioner's submissions are essentially that the Clerk of the Court has committed fraud regarding

the docketing of his case and that Judge Boyle engaged in fraudulent conduct.  This Court denied Petitioner's Motion to Expose Neglect on March 12, 2007.  This Court denied Petitioner's various motions.  *See Doc. Nos. 7, 9, 17, 21, 31, 40, 41, and 47.*  As this Court and the Sixth Circuit Court of Appeals have held, Petitioner has not established any fraudulent conduct on the part of either Judge Boyle or the Clerk of the Court.  Petitioner's post-judgment motions or any appeal, are untimely and Petitioner is not entitled to relief from judgment pursuant to Rule 60(b).

As to Petitioner's two Motions to Validate Petitioner's Oath, the Court finds these two motions unclear and denies the motions.  Regarding Petitioner's motion under Rule 60(b)(4) of the Rules of Civil Procedure claiming that the judgment is void, Petitioner has not shown that the underlying judgment in this case has been rendered void by any court.

Accordingly,

IT IS ORDERED that Petitioner's Motions to Validate Petitioners Oath **[Doc. Nos. 53 and 55]** are DENIED.

IT IS FURTHER ORDERED that Petitioner's Motion to Prove Void Judgment under Fed. R. Civ. P. Rule 60(b)(4) **[Doc. No. 56]** is DENIED.

IT IS FURTHER ORDERED that any appeal from this Court's Order is frivolous and not taken in good faith.  28 U.S.C. § 1915(a)(3); *Coppedge v. United*

*States*, 369 U.S. 438, 445 (1962), *Neitzke v. Williams,* 490 U.S. 319, 325 (1989).

                                      S/Denise Page Hood
                                      Denise Page Hood
                                      United States District Judge

Dated:  May 16, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 16, 2014, by electronic and/or ordinary mail.

                                      S/LaShawn R. Saulsberry
                                      Case Manager